IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TARIQ FAROOQ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-920-N-BN |
| | § | |
| NUCOR BUSINESS TECHNOLOGY | § | |
| INC. and CAPGEMINI AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Plaintiff Tariq Farooq's construed motion to remand [Dkt. No. 6].

SO ORDERED this 31st day of May, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE